UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CASE NO.: 1:10-cv-00092-MP-AK

JOHN R. LEIBACH,

    Plaintiff,

v.

MATRIXX INITIATIVES, INC.,
A Delaware Corporation, and
ZICAM, LLC, an Arizona
Limited Liability Company,

    Defendants.
_____/

## NOTICE OF APPEARANCE

BARRY L. DAVIS hereby gives notice that he is appearing as counsel for Defendants, MATRIXX INITIATIVES, INC. ("Matrixx") and ZICAM, LLC ("Zicam"), in the above-captioned matter. Copies of pleadings, motions and other papers should be served on the undersigned.

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2010 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notices of Electronic Filing generated by CM/ECF to: **J. Charles Ingram, Esq. and Julie H. Brodis, Esq.**, Estes Ingram Foels and Gibbs, P.A., 37 North Orange Avenue, Suite 300, Orlando, FL 32801.

        THORNTON, DAVIS & FEIN, P.A.
        Attorneys for Defendants, MATRIXX INITIATIVES, INC. and ZICAM, LLC
        Brickell BayView Centre, Suite 2900
        80 Southwest 8th Street
        Miami, Florida 33130
        Tel: 305-446-2646
        Fax: 305-441-2374

By: /s BARRY L. DAVIS
        **BARRY L. DAVIS**
        Fla. Bar No. 294977
        **CHRISTINE S. EGNER**
        Fla. Bar No. 715603